ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Petition of -- | ) |
| | ) |
| L3 Harris Technologies, Inc. | ) ASBCA No. 62291-993 |
| | ) |
| Under Contract Nos. N00164-11-G-WS44 | ) |
| N00039-10-D-0047 | ) |
| FA9200-10-D-0273 | ) |
| W15P7T-13-C-0007 | ) |

APPEARANCES FOR THE PETITIONER:      Paul E. Pompeo, Esq.
                                     Nathaniel E. Castellano, Esq.
                                       Arnold & Porter Kaye Scholer LLP
                                       Washington, DC

APPEARANCES FOR THE GOVERNMENT:      Arthur M. Taylor, Esq.
                                       DCMA Chief Trial Attorney
                                     Kara M. Klaas, Esq.
                                       Trial Attorney
                                       Defense Contract Management Agency
                                       Chantilly, VA

## ORDER PURSUANT TO BOARD RULE 1(a)(5) DIRECTING CONTRACTING OFFICER TO ISSUE DECISION

L3 Harris Technologies, Inc. (petitioner) filed a request, under Rule 1(a)(5), for an order directing the contracting officer (CO) to render a decision on a September 18, 2019 certified claim within a specified period of time. In its December 22, 2019 response, the government stated a contracting officer's final decision will be issued by January 31, 2020. We deem this date reasonable. Accordingly, the Board hereby directs the CO to issue a decision on the petitioner's claim by January 31, 2020.

This Order completes all necessary action by the Board. If the CO fails to comply with this Order, such failure will be deemed a decision by the CO denying the claim, and

the petitioner may appeal to this Board or sue in the United States Court of Federal Claims pursuant to the Contract Disputes Act, 41 U.S.C. §§ 7103(f)(5) and 7104.

Dated: January 9, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order Pursuant to Rule 1(a)(5) of the Armed Services Board of Contract Appeals in ASBCA No. 62291-993, Petition of L3 Harris Technologies, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2